# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

In re  Oscar Tag At Montenegro and Nancy Garcia Montenegro          Case No. 10-70681
　　　Debtor                                                          Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 9663

**Date of payment change:** 01/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $1,007.77
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
　　　　Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____　　New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☑ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
　　　　If a notice is not attached, explain why:

Current interest rate: 2.625%　　　　　　　　New interest rate: 2.75%
Current principal and interest payment: $961.97　　New principal and interest payment: $1,007.77

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____　　New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.  ☑ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Marlene Brookman                              Date   11/11/2015
    Assistant Vice President

Print:    Marlene Brookman                             Title   Assistant Vice President

Company   Bank of America, N.A.                        Specific Contact Information:
Address   2380 Performance Dr.                         Phone: 214-209-8355
          Richardson, TX 75082                         Email: marlene.brookman@bankofamerica.com

742509-0352ee41-49f1-4f71-9e5d-e280b4aabb3a

# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

Chapter 13 No. 10-70681
Judge: Judge Roger L. Efremsky

In re:

Oscar Tag At Montenegro and Nancy Garcia Montenegro

                        Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:
Oscar Tag At Montenegro
Nancy Garcia Montenegro
565 El Cerro Drive
El Sobrante, CA 94803

Debtor's Attorney:
Michael J. Primus
Law Offices of Michael J. Primus
500 Alfred Nobel Dr. 135
Hercules, CA 94547

Trustee:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

/s/ Frances Bell

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9650
franbell@4stechnologies.com



C3_8805 ARMC 17718 07/15/2013

Special Loan Servicing, CA6-914-01-4
P.O. Box 27123
TAMPA, FL 33623-7123

Date: November 2, 2015

Loan No.: ▮

OSCAR MONTENEGRO & NANCY MONTENEGRO
565 565 EL CERRO DRIVE
EL SOBRANTE    CA  94803

**Property Address:**
565 565 EL CERRO DRIVE
EL SOBRANTE, CA  94803

## Changes to Your Mortgage Interest Rate and Payments on December 1, 2015

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on December 1, 2015, so on that date your interest rate and mortgage payment change. After that, your interest rate may change semi-annually for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 2.625 % | 2.750 % |
| Principal | $0.00 | $0.00 |
| Interest | $961.97 | $1,007.77 |
| Escrow [Taxes and Insurance] | $0.00 | $0.00 |
| **Total Monthly Payment** | **$961.97** | **$1,007.77** (due January 1, 2016) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin", and then rounding the sum of the index and the margin to the nearest 0.1250%. Under your loan agreement, your index rate is 6-Month LIBOR and your margin is 2.250%. The 6-Month LIBOR index is published daily in Wall Street Journal.

**Rate Limit[s]:** Your rate cannot go higher than 12.625% or lower than 2.250% over the life of the loan. Your rate can change each adjustment by no more than 2.0000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 6-Month LIBOR index, your margin, and then rounding the sum of the index and the margin to the nearest 0.1250%, your loan balance of $439,755.88 and your remaining loan term of 252 months.

**Interest-Only Payments:** Your new payment will not cover any principal. Therefore, making this payment will not reduce your loan balance.

**Prepayment Penalty:** None

We're pleased to serve your home loan needs and it's our continued goal to provide you with the highest level of customer satisfaction. If you have any questions concerning this notice, please don't hesitate to call us at 1-800-669-6607. If you need additional information or assistance, you can contact us online any time. Simply log on to your account at www.bankofamerica.com and Select 'Message Center.' With your online account, you will also have access to many other convenient services, such as: updating your account information, viewing current and historical monthly statements, and much more. Or, if you prefer, you can call one of our Customer Service Representatives directly at 1-800-669-6607.

**If you're currently a debtor in a bankruptcy:**

To the extent your personal liability for this loan was discharged or this loan is subject to the automatic stay under the Bankruptcy Code, this notice is for compliance and/or informational purposes only. It should not be construed as an attempt to collect a debt, a demand for payment or an attempt to modify any applicable bankruptcy plan terms or discharge injunction. If you have received a discharge, you are not personally liable; the only recourse is against the property securing the loan.

Please write your account number on all correspondence.